**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation | No. 09-md-2096-PHX-FJM **ORDER** |
| This document relates to: Marilyn Adams, et al., v. Matrixx Initiatives, Inc., et al. No. CV-09-1529-PHX-FJM | |

The court has before it the parties' "Stipulation for Voluntary Dismissal With Prejudice as to Plaintiffs Kathryn Domini, Mark Harper, Richard Linzer, Stojan Maricic, Elizabeth Nealis, and Catherine Sando" (doc. 1217). Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., plaintiffs may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared. Further, the parties may stipulate that the dismissal be with prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Therefore, **IT IS ORDERED GRANTING** the parties' stipulation for dismissal (doc. 1217). **IT IS ORDERED** that the complaint is dismissed with prejudice as to plaintiffs Kathryn Domini, Mark Harper, Richard Linzer, Stojan Maricic, Elizabeth Nealis, and Catherine Sando, each party to bear its own costs and attorneys' fees.

DATED this 6th day of December, 2010.

Frederick J. Martone
United States District Judge